
YAHOO! MAIL Classic

**Activity in Case 1:06-cv-00969-LTS-RHW Marion et al v. State Farm Fire and Casualty Company et al. "Order on Motion for Leave to File"**

Wednesday, January 10, 2007 3:27 PM

From: "cmecfhelpdesk@mssd.uscourts.gov" <cmecfhelpdesk@mssd.uscourts.gov>
To: Courtmail@mssd.uscourts.gov

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

Southern District of Mississippi

Notice of Electronic Filing

The following transaction was received from King, Steve entered on 1/10/2007 at 3:27 PM CST and filed on 1/10/2007

**Case Name:** Marion et al v. State Farm Fire and Casualty Company et al.
**Case Number:** 1:06-cv-969
**Filer:**
**Document Number:**
**Docket Text:**
TEXT ONLY ORDER granting [9] Motion for Leave to File Second Amended Complaint, granting [13] Supplemental Motion for Leave to File Second Amended Complaint. No further written order will issue from the Court. Signed by Judge Robert H. Walker on January 10, 2007. (King, Steve)
The following document(s) are associated with this transaction:

**1:06-cv-969 Notice will be electronically mailed to:**

William Corban Gunn    wcgunn@gmail.com, ccleave@aol.com; tlbeaver02@yahoo.com; islerdaih@bellsouth.net

Ernest R. Schroeder    minnie@bnscb.com, brenda@bnscb.com

Christopher Collins Van Cleave    ccleave@aol.com, tlbeaver02@yahoo.com; islerdaih@bellsouth.net; wcgunn@gmail.com

**1:06-cv-969 Notice will be delivered by other means to:**

EXHIBIT 10