IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DANIEL B. O'KEEFE,**
**CELESTE A. FOSTER O'KEEFE,**
**and THE DANCEL GROUP, INC.**                                    **PLAINTIFFS**

**V.**                                    **CIVIL ACTION NO.: 1:08cv600-HSO-LRA**

**STATE FARM FIRE & CASUALTY**
**COMPANY and MARSHALL J. ELEUTERIUS**                 **DEFENDANTS**

**NOTICE OF ISSUANCE**

**TO:**   Christopher C. Van Cleave
        CORBAN, GUNN AND VAN CLEAVE, P.L.L.C.
        P.O. Drawer 1916
        Biloxi, MS 39533-1916
        Email: christopher@cgvclaw.com

**PLEASE TAKE NOTICE** that the Defendant, State Farm Fire and Casualty Company (hereinafter referred to as "State Farm"), by and through counsel, on September 4, 2009 has caused to be issued a subpoena *duces tecum* (a copy of which is attached as Exhibits "A -F") on the following:

1. **Wells Fargo Home Mortgage**
   **Attn: Records Custodian**
   **2422 Bienville Boulevard**
   **Ocean Springs, MS 39564**

2. **Wedding & Event Videographers Association**
   **c/o Registered Agent: David M. Silberstein**
   **720 South Orange Avenue**
   **Sarasota, FL 34236**

3. **William F. Buell, Inc.**
   **c/o Registered Agent: David T. Brown**
   **191 North Wacker Drive, Suite 1800**
   **Chicago, IL 60606**

4. **Countrywide Home Loans, Inc.**
   **c/o Registered Agent: Prentiss-Hall Corporation Systems**
   **506 South President Street**
   **Jackson, Mississippi 39200**

5. Coast Community Bank
   Attn: Records Custodian
   2314 Bienville Boulevard
   Ocean Springs, MS 39564

6. Mississippi Development Authority
   Attn: Gray Swoope, Executive Director
   501 North West Street
   Jackson, MS 39201

**RESPECTFULLY SUBMITTED,** this the 4th day of September, 2009.

>WEBB, SANDERS & WILLIAMS, P.L.L.C.
>363 NORTH BROADWAY
>POST OFFICE BOX 496
>TUPELO, MISSISSIPPI 38802
>(662) 844-2137
>**DAN W. WEBB, MSB # 7051**
>**B. WAYNE WILLIAMS # 9769**
>**ROECHELLE R. MORGAN, MSB #100621**
>**J. DOUGLAS FOSTER # 100641**
>**PAIGE C. BUSH, MSB #101072**
>
>By:   */s/ Paige C. Bush*
>      **PAIGE C. BUSH**

## CERTIFICATE OF SERVICE

I, Paige C. Bush, one of the attorneys for Defendant, State Farm Fire and Casualty Company, do hereby certify that on September 4, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF with will send a notice of electronic filing to the following:

**Christopher C. Van Cleave, Esq.**
**CORBIN, GUNN & VAN CLEAVE, PLLC.**
**146 Porter Avenue (39530)**
**P.O. Drawer 1916**
**Biloxi, Mississippi 39533-1916**

**THIS,** the 4th day of September, 2009.

                                            */s/ Paige C. Bush*
                                            **PAIGE C. BUSH**