IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DANIEL B. O'KEEFE, ET AL                                              PLAINTIFFS

VS.                                             CIVIL ACTION NO. 1:08cv600-HSO-LRA

STATE FARM FIRE AND CASUALTY COMPANY AND
MARSHALL J. ELEUTERIUS                                                DEFENDANTS

## ORDER

This cause came before the Court for telephonic hearing on September 24, 2009, on the Emergency Motion to Quash Discovery Requests [#244] filed by Daniel B. O'Keefe, Celeste A. Foster O'Keefe, and the Dancel Group, Inc. [hereinafter "Plaintiffs"] on September 23, 2009. Defendants have responded to the motion by requesting that Plaintiffs be ordered to fully supplement their initial disclosures and to respond to the subject discovery by a date certain [#247]. The Court, having heard argument of counsel and having reviewed the motion, reply, and rebuttal, and having considered the discovery in dispute, finds that Plaintiffs' motion [#244] is not well advised and it is HEREBY DENIED. Defendants' Motion to Compel [#247] is well advised and it is HEREBY GRANTED.

IT IS FURTHER ORDERED that Plaintiffs fully respond to the discovery at issue, and to fully supplement their initial disclosures, on or before October 2, 2009. Defendants Eleuterius and/or State Farm may use the remaining interrogatories and requests for production that have not been utilized as long as no Plaintiff [Celeste and Daniel O'Keefe as one, Dancel Group as another] has more than 45 interrogatories and requests for production served on them.

IT IS FURTHER ORDERED that the issue in controversy regarding requests for admission is dismissed as moot, due to Defendants' agreement that they would withdraw all requests for admission exceeding the limit of thirty.

SO ORDERED, this the 25th day of September, 2009.


      /s/ Linda R. Anderson
UNITED STATES MAGISTRATE JUDGE