IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DANIEL B. O'KEEFE and**
**CELESTE A. FOSTER O'KEEFE,**
**Individually and d/b/a THE DANCEL GROUP, INC.; and**               **PLAINTIFFS**
**THE DANCEL GROUP, INC.**

                  **Civil Action No.: 1:08cv600-HSO-LRA**

**VS.**

**STATE FARM FIRE AND CASUALTY COMPANY;**
**MARSHALL J. ELEUTERIUS; And John and Jane Doe**                    **DEFENDANTS**
**Defendants A-H**

<u>**NOTICE OF ISSUANCE**</u>

**TO:**  **Christopher C. Van Cleave**
   **CORBAN, GUNN AND VAN CLEAVE, P.L.L.C.**
   **P.O. Drawer 1916**
   **Biloxi, MS 39533-1916**
   Email: christopher@cgvclaw.com

**PLEASE TAKE NOTICE** that the Defendant, State Farm Fire and Casualty Company (hereinafter referred to as "State Farm"), by and through counsel, on September 28, 2009 has caused to be issued a subpoena *duces tecum* (a copy of which is attached as Exhibits "A - C") on the following:

1. **Countrywide Home Loans, Inc.**
   **c/o Registered Agent: CT Corporation System**
   **645 Lakeland East Drive, Suite 101**
   **Flowood, MS 39232**

2. **Wal-Mart Pharmacy**
   **Attn: Records Custodian**
   **3615 Sangani Boulevard**
   **D'Iberville, MS 39540**

  **RESPECTFULLY SUBMITTED,** this the 28<u>th</u> day of September, 2009.

              **WEBB, SANDERS & WILLIAMS, P.L.L.C.**
              **363 NORTH BROADWAY**
              **POST OFFICE BOX 496**
              **TUPELO, MISSISSIPPI 38802**
              **(662) 844-2137**
              **DAN W. WEBB, MSB # 7051**
              **B. WAYNE WILLIAMS # 9769**
              **ROECHELLE R. MORGAN, MSB #100621**
              **J. DOUGLAS FOSTER # 100641**

    **By**:  */s/ Dan W. Webb*
        **DAN W. WEBB**

## CERTIFICATE OF SERVICE

I, Dan W. Webb, one of the attorneys for Defendant, State Farm Fire and Casualty Company, do hereby certify that on September 28, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF with will send a notice of electronic filing to the following:

**Christopher C. Van Cleave, Esq.**
**CORBIN, GUNN & VAN CLEAVE, PLLC.**
**146 Porter Avenue (39530)**
**P.O. Drawer 1916**
**Biloxi, Mississippi 39533-1916**

**THIS,** the 28th day of September, 2009.

*/s/ Dan W. Webb*
**DAN W. WEBB**