```
                              date: 02-01-07                              page:   12
FIRE
claim number
24-Z204-136
                           CAUSE OF LOSS
  COL/Ln        comment code         status                reserves         CWOP reason
  17/001           OS         Paid    09-12-05                0
  18/002           OS         Paid    09-12-05                0
 reserve open month: 09-05   final pay building: Y   final pay contents: Y   final pay ICC: A
                           TOTAL RESERVES
                         COL/Ln 17/001
                          status              reserves        indemnity paid
              total:  Paid    09-12-05           0             250,000.00
 Named Insured(s)     Paid    09-12-05           0             250,000.00
                         COL/Ln 18/002
                          status              reserves        indemnity paid
              total:  Paid    09-12-05           0             100,000.00
 Named Insured(s)     Paid    09-12-05           0             100,000.00
                             PAYMENTS
 C denotes consolidated payment
 E denotes EFT payment

   payment number    payee                       total amount    issued       status
 C 109939849J   E. A. RENFROE & COMPANY             7,352.00    09-27-05      PAID
   109599599J   CELESTE FOSTER & DANIEL            90,000.00    09-12-05      PAID
   109599587J   CELESTE FOSTER & DANIEL           250,000.00    09-12-05      PAID
   5098595020   CELESTE FOSTER & DANIEL            10,000.00    09-07-05      PAID
```

FL-24-Z204-136
100047

# Exhibit "B"