IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DANIEL B. O'KEEFE and**
**CELESTE A. FOSTER O'KEEFE,**
**Individually and d/b/a THE DANCEL GROUP, INC.;**
**and THE DANCEL GROUP, INC.**                                                    **PLAINTIFFS**

**VS.**                                                        **Civil Action No. 1:08cv600 HSO-LRA**

**STATE FARM FIRE AND CASUALTY**
**COMPANY; MARSHALL J. ELEUTERIUS;**
**And John and Jane Doe Defendants A-H**                              **DEFENDANTS**

**MOTION TO WITHDRAW EXPERT WITNESS**

COME NOW the Plaintiffs, by and through their counsel of record, and file this their Motion to Withdraw one of Plaintiffs' Expert Witness, D. Neil Hall. In light of information introduced by State Farm during Dr. Hall's deposition, calling into question Dr. Hall's qualifications to render opinions rebutting the cause of loss of Plaintiffs home and additional structures in this case, and since Plaintiffs have another timely designated expert, Ted Biddy, whose qualifications are unquestioned and whose opinions address the same subject matter as Dr. Hall's, Plaintiffs hereby withdraw D. Neil Hall as an expert for the Plaintiffs in this cause.

Respectfully submitted, this the 21st day of October, 2009.

                                                **DANIEL B. O'KEEFE, CELESTE A. FOSTER**
                                                **O'KEEFE, AND THE DANCEL GROUP, INC.,**
                                                **PLAINTIFFS**

                                    By: */s/ Christopher C. Van Cleave*
                                          CHRISTOPHER C. VAN CLEAVE (MSB #10796)

CLYDE H. GUNN, III (MSB #5074)
CHRISTOPHER C. VAN CLEAVE (MSB #10796)
W. CORBAN GUNN (MSB #101752)
DAVID N. HARRIS, JR. (MSB #100790)
CORBAN, GUNN & VAN CLEAVE, P.L.L.C.
P.O. Drawer 1916
Biloxi, MS 39533-1916
Telephone: (228) 432-7826
Facsimile: (228) 456-0998
Email: christopher@cgvclaw.com

### CERTIFICATE OF SERVICE

I, undersigned counsel of record, hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the EFC system which sent notification of such filing to the following:

B. Wayne Williams, Esq.
Dan W. Webb, Esq.
Roechelle R. Morgan
Paige C. Bush, Esq.
Webb, Sanders, & Williams, PLLC
363 North Broadway
Post Office Box 496
Tupelo, Mississippi 38802
(662) 844-2137 (off)
wwilliams@webbsanders.com
RRM@webbsanders.com

**Attorneys for State Farm Fire & Casualty Company
And Marshall J. Eleuterius**

Respectfully submitted, this the 21st day of October, 2009.

        DANIEL B. O'KEEFE, CELESTE A. FOSTER
        O'KEEFE, AND THE DANCEL GROUP, INC.,
        PLAINTIFFS

    By:*/s/ Christopher C. Van Cleave*
     CHRISTOPHER C. VAN CLEAVE (MSB #10796)