IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DANIEL B. O'KEEFE and
CELESTE A. FOSTER O'KEEFE,
Individually and d/b/a THE DANCEL GROUP, INC.;
and THE DANCEL GROUP, INC.                                         **PLAINTIFFS**

VS.                                                  Civil Action No. 1:08cv600 HSO-LRA

STATE FARM FIRE AND CASUALTY
COMPANY; MARSHALL J. ELEUTERIUS;
And John and Jane Doe Defendants A-H                              **DEFENDANTS**

### DEFENDANTS' NOTICE OF SUBMISSION
### OF CONFIDENTIAL SETTLEMENT MEMORANDUM

TO:   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Defendants, State Farm Fire and Casualty Company and Marshall J. Eleuterius, have this day submitted their Confidential Settlement Memorandum to the Honorable Linda R. Anderson, United States Magistrate Judge for the Southern District of Mississippi, Southern Division, United States District Court.

**RESPECTFULLY SUBMITTED**, this the 6th day of November, 2009.

        WEBB SANDERS & WILLIAMS PLLC
        363 NORTH BROADWAY
        POST OFFICE BOX 496
        TUPELO, MISSISSIPPI 38802
        (662) 844-2137
        DAN W. WEBB, MSB # 7051
        B. WAYNE WILLIAMS # 9769
        ROECHELLE R. MORGAN, MSB # 100621
        J. DOUGLAS FOSTER # 100641

BY:   */s/ Dan W. Webb*
      DAN W. WEBB

## CERTIFICATE OF SERVICE

I, Dan W. Webb, one of the attorneys for Defendants State Farm Fire and Casualty Company and Marshall J. Eleuterius, do hereby certify that I have this date electronically filed the foregoing *Defendants' Notice of Submission of Confidential Settlement Memorandum* with the Clerk of the Court using the ECF system which sent notification of such filing to the following ECF participants:

**Christopher C. Van Cleave, Esq.**
**CORBIN, GUNN & VAN CLEAVE, PLLC.**
**146 Porter Avenue (39530)**
**P.O. Drawn 1916**
**Biloxi, Mississippi 39533-1916**

THIS, the 6th day of November, 2009.

                                                  */s/ Dan W. Webb*
                                                  **DAN W. WEBB**